UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESA DELONG and DANIEL DELONG, wife and husband and the marital community comprised thereof,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | NO. CV-10-447-EFS<br><br>**ORDER OF DISMISSAL** |

　　　By Stipulation filed May 17, 2011, ECF No. 8, the parties advised the Court that the above-captioned matter should be dismissed without prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

　　　Therefore, **IT IS ORDERED:**

　　　1. The parties' Motion for Voluntary Dismissal, **ECF No. 7**, is **GRANTED**.

　　　2. The Complaint, **ECF No. 1**, is **DISMISSED without prejudice** and **without costs** or fees awarded to any party;

　　　3. All pending trial and hearing dates are **STRICKEN**;

　　　4. All pending motions are **DENIED AS MOOT**; and

ORDER * 1

5. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this    17th    day of May 2011.


                         S/ Edward F. Shea
                         EDWARD F. SHEA
                   United States District Judge

Q:\Civil\2010\447.Vol.Dismiss.wpd

ORDER * 2